# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00501-CV

### T. D., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 169TH DISTRICT COURT OF BELL COUNTY
### NO. 323928, THE HONORABLE CARI L. STARRITT-BURNETT, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant T. D. filed his notice of appeal on October 1, 2021. The appellate record was complete on November 30, 2021, making appellant's brief due on December 20, 2021. On December 20, 2021, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Bobby Dale Barina to file appellant's brief no later than January 19, 2022. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on December 23, 2021.


Before Chief Justice Byrne, Justices Triana and Kelly